UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINA GURALNIK, ARKADY KITOVER, and ILYA GURALNIK,<br><br>    Plaintiff(s),<br><br>    v.<br><br>MBNA AMERICAN BANK, N.A., et al.,<br><br>    Defendant(s). | No. C04-4543 BZ<br><br>**STATUS ORDER** |

Defendant is **ORDERED** to file a status conference report by **Thursday, January 25, 2006.** In particular, defendant should address the status of the arbitration and what issues remain before this court.

The trial scheduled for **February 13, 2006**, and all scheduled pretrial dates are **VACATED**.

DATED: January 18, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\GURALNIK\STATUS.ORDER.wpd

1