UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINA GURALNIK, ARKADY KITOVER, and ILYA GURALNIK,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>MBNA AMERICAN BANK, N.A., et al.,<br><br>　　　　Defendant(s). | No. C04-4543 BZ<br><br>**SCHEDULING ORDER** |

　　　The defendants having informed this Court of a tentative settlement in this case, and for good cause appearing, the status conference currently scheduled for **March 12, 2007**, is **VACATED**.  Instead, a status conference will be held on **Monday, July 2, 2007** at **4:00 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  In the event that the parties reach a final settlement prior to July 2, they shall inform this Court as soon as is

///

///

///

1

1 | practicable.
2 | Dated: February 13, 2007
3 | _____
4 | Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\ARCHIVE\BZCASES.3\GURALNIK\SCHED.ORDER.wpd

2