GEORGE G. WEICKHARDT (SBN 58586)
PAMELA J. ZANGER (SBN 168350)
**ROPERS, MAJESKI, KOHN & BENTLEY PC**
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
Email: gweickhardt@ropers.com

Attorneys for Defendant
MBNA AMERICA BANK, N.A. (erroneously sued herein as MBNA AMERICA BANK)

LOUIS ABRONSON (SBN 203737)
**LAW OFFICES OF LOUIS ABRONSON**
21406 Geraldine Court
San Jose, CA 95033
Telephone: (408) 687-9155
Facsimile: (415) 353-2508
Email: Lsabron@cablerocket.com

Attorneys for Plaintiffs, NINA GURALNIK, ARKADY KITOVER and ILYA GURALNIK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| NINA GURALNIK, ARKADY KITOVER, ILYA GURALNIK<br><br>Plaintiffs,<br><br>v.<br><br>MBNA AMERICA BANK,<br><br>Defendant. | CASE NO. 3:04-CV-04543 BZ<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN.**

**IT IS HEREBY STIPULATED** by and between Plaintiffs Nina Guralnik, Arkady Kitover and Ilya Guralnik, and defendant MBNA America Bank, N.A., erroneously sued herein as MBNA AMERICA BANK, that the above-entitled action is dismissed with prejudice.

SF/201826 1/EM4     - 1 -     STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER; (CASE NO. 3:04-CV-04543 BZ)

SO STIPULATED.

Dated: 4-3, 2007         LAW OFFICES OF LOUIS ABRONSON

By: _____
LOUIS ABRONSON
Attorneys for Plaintiffs
NINA GURALNIK, ARKADY KITOVER and
ILYA GURALNIK

Dated: 4/4, 2007         ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
GEORGE G. WEICKHARDT
PAMELA J. ZANGER
Attorneys for MBNA AMERICA BANK, N.A.,
(erroneously sued herein as MBNA AMERICA
BANK)

# ORDER

**IT IS HEREBY ORDERED** that the above-entitled case is dismissed with prejudice.

Dated: April 5, 2007, 2007

IT IS SO ORDERED
Judge Bernard Zimmerman

All pending dates are vacated. The Clerk shall close the file.

///

///

| | |
|---|---|
| CASE NAME: | Guralnik, et al. v. MBNA |
| ACTION NO.: | C04-4543 BZ |

### PROOF OF SERVICE

I am a citizen of the United States. My business address is 201 Spear Street, Suite 1000, San Francisco, CA 94105. I am employed in the County of San Francisco where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as: **STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER**

☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

**Attorney for Claimants Nina Guralnik & Arkady Kitover**

Louis Abronson, Esq.
Law Offices of Louis Abronson
21406 Geraldine Court
San Jose, CA 95033
Tel: (408) 687-9155
Fax: (408) 353-2508
Lsabron@cablerocket.com

☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 4, 2007, at San Francisco, California.

Eleanor L. Mangonon

SF/1741151/EM4

- 1 -

POS-GURALNIK v. MBNA
CASE NO. C04-4543 BZ